UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD et al.,

                Plaintiffs,

v.

E. MISHAN & SONS, INC.,

                Defendant.

---

13-cv-5774

**OPINION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2016

In accordance with the Court of Appeals' mandate dated June 22, 2016, the court's prior opinions dated September 16, 2014, and June 10, 2015, are vacated, and the court grants defendant's motion for summary judgment and denies plaintiffs' motion for summary judgment. The Clerk shall enter judgment for defendant.

SO ORDERED.

Dated: New York, New York
       June 23, 2016

*Thomas P. Griesa*
———————————
Thomas P. Griesa
U.S. District Judge

1